973 F.2d 1226w
 19 UCC Rep.Serv.2d 394, Prod.Liab.Rep. (CCH) P 13,311
Marie BLACK, Individually and as representative of Randy A.
Black, Pam Black Gum, Kitty Black, adults, and William A.
Black and Tammy Black, minors, the sole and only heirs at
law of Romie Black, Plaintiffs-Appellants,
v.
J.I. CASE COMPANY, INC., Defendant Appellee.
 No. 91-7010
 
 1
 Summary Calendar.
 
 United States Court of Appeals,
Fifth Circuit.
 Oct. 1, 1992.
 
 2
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 22 F.2d 568.